January 16, 2015

Twelfth Court of Appeals
1517 W. Front St, Ste 354
Tyler, Texas   75702

RE: Question of Srving Opposing Party
    Robert C. Morris v. Sherri Milligan Et Al.
    No. 12-14-00332-CV

FILED IN COURT OF APPEALS
12th Court of Appeals District
JAN 2 3 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Court Clerk,

    I am writing to resolve a dispute with TDCJ Access To Courts regarding who must serve opposing party/counsel in court matters. This is very important because TDCJ Access To Courts is preventing and denying legal suuplies necessary to file court pleadings with necessary number of copies.

    I do understand that a prisoner can file a motion to suspend the rules for the number of copies to be filed with the Court. I have in the past do this. However the issue is the serving of opposing party/counsel in court matter.

    In previous filings I have served opposing counsel. Recently, TDCJ Access To Courts denied paper necessary to make copy for opposing counsel. Access To Courts stated that a prisoner only has to send the Courts one copy and the Court Clerks will make necessary copies and serve the opposing party/counsel.

    I have not seen any changes to the Rules of Court that state such. Therefore, I ask for clarification of the Court.

    Does the prisoner serve the opposing party/counsel or, does the CLERK OF THE COURT make necessary copies and serve opposing party/counsel?

    Any help you can give in resolving this dispute with TDCJ Access To Courts will be much appreciated. Thank you for your time and assistance in this request. I await your written response.

                                        Sincerely,

                                        Robert C. Morris
                                        TDCJ-ID # 1311083
                                        Smith Unit
                                        1313 CR 19
                                        Lamesa, TX   79331

CC: file